# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

TREVAHN DARNELL FISHER                              PLAINTIFF

v.                Civil No. 5:17-cv-05074

SERGEANT SETH PARTAIN;
CORPORAL GARY LUNSFORD;
OFFICER REGGIE WASHINGTON;
And OFFICER JUSTIN EDENS                           DEFENDANTS

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *in forma pauperis* and *pro se*. At the times at issue in this case, Plaintiff was incarcerated in the Washington County Detention Center.

On September 15, 2017, mail sent by the Court to the Plaintiff at the Washington County Detention Center was returned as undeliverable with a notation that Plaintiff is no longer at the facility (Doc.14). When filing this case, Plaintiff was specifically advised that he was required to immediately inform the Court of any changes in his address.

> Plaintiff is advised that he is required to immediately inform the Court of any change of address. Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. Failure to inform the Court of an address change may result in the dismissal of this case. **The Court will not attempt to locate an address for you.**

(Doc. 3). Rule 5.5 (c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas also requires a *pro se* party to keep the Court and opposing counsel informed of his current address.

More than thirty (30) days have passed since mail sent to Plaintiff was returned as undeliverable and to date, no new address for Plaintiff has been provided to the Court. Therefore, **this case is DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 30th day of October, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE